IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JASON S. BROOKNER,**

    **Plaintiff,**

vs.                                                                           Civil No. 10-639 CG/RLP

**SSC, INC.,**
A New Mexico Corporation,
**SEAN M. CANTRELL** and
**EVANGLINE LUJAN-VIGIL,**

    **Defendants.**

## ORDER GRANTING MOTION FOR PROTECTIVE ORDER

**THIS MATTER** comes before the Court on the Motion of Defendant, SSC, Inc., and Sean M. Cantrell for a protective order requiring that the deposition of Mr. Cantrell noticed by Plaintiff be vacated, and that any future notice of Mr. Cantrell's deposition be scheduled in accordance with D.N.M. LR-30.1. (Docket No. 34).

Plaintiff, having failed to respond to the Motion, is deemed to have consented to it. D.N.M. LR-7.1.

**IT IS THEREFORE ORDERED** that Defendants' Motion for Protective Order is GRANTED.

**IT IS FURTHER ORDERED** Mr. Cantrell's deposition be scheduled in accordance with D.N.M. LR-30.1.

_____
Richard L. Puglisi
Chief United States Magistrate Judge